# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2019 JUN 14

(Full name of plaintiff(s))

TERRENCE W. JONES

v.

(Full name of defendant(s))

City of Racine Police Department

Case Number: **19-C-0884**
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
(State)
_3846 Chicory Rd, Racine WI 53403_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _City of Racine Police Department_
(Name)
is (if a person or private corporation) a citizen of _Wisconsin_

Complaint – 1

and (if a person) resides at _730 Center St., Racine WI 53403_
(State, if known) (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _City of Racine Police Department_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Around September 1998, I began working for the City of Racine Police Department. My most recent position was sergeant on second shift. Since around November 2016, I had been placed on administrative leave. In January 2019, I became aware that another officer outside of my protected class was accused of the same misconduct and was not placed on administrative leave.

I believe I was discriminated against on the

basis of my race (African American), in that I was disciplined, in violation of Title VII of the Civil Rights Act of 1964, as amended.

*Terrence W.*

C.  **JURISDICTION**

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking an award of money, damages, attorney fees and a court order to stop all discrimination towards me.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14___ day of ___June___ 20_19_.

Respectfully Submitted,

_____
Signature of Plaintiff

___262-880-3605___
Plaintiff's Telephone Number

___Softmusiq2@gmail.com___
Plaintiff's Email Address

___3846 Chicory Rd___
___Racine WI 53403___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.